UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,
    PLAINTIFF,

CASE NO. 1:14-cr-119 (RHB)
HON. ROBERT HOLMES BELL

ERIC DEVIN MASTERS,
    DEFENDANT,

\* \* \* \* \* \* \* \* \*

| TESSA K. HESSMILLER | JAMES K. CHAMPION |
|---|---|
| United States Attorney | Law Offices James K. Champion |
| Prosecuting Attorney | Attorney for Defendant |
| P.O. Box 208 | 312 E. Fulton |
| Grand Rapids, Michigan 49050 | Grand Rapids, Michigan 49503 |
| (616) 456-2404 | (616) 233-3287 |

\* \* \* \* \* \* \* \* \*

DEFENDANT'S SENTENCING MEMORANDUM

PROCEDURAL HISTORY

On September 24, 2014, the Defendant, Mr. Eric Masters, pled guilty, pursuant to a written plea agreement, to 3 counts of Sexual Exploitation of a Child, in violation of 18 U.S.C. §§ 2251(a) and (e). Sentencing is scheduled on March 18, 2015 at 9:00 a.m.

GUIDELINE RANGE COMPUTATION

The Defendant stipulates to the Guidelines as scored by the Probation Agent in the Presentence Investigation Report. That is to say, the Defendant agrees that the total base offense

level is 43 and the Guideline Range is Life. The Defendant takes no issue with the facts contained in the Presentence Report.

## CONCLUSION

Defendant's Counsel has just recently (i.e. after PSI and Objection Hearing) been made aware that Defendant has been granted his prescriptions for:

1) Dilantin      100mg   1 Capsule by mouth BID
2) Propanolol    20mg    1x Morning by mouth
3) Tegretol      200mg   1 Tablet by mouth 2x Day

The Defendant respectfully requests that this Honorable Court fashion an appropriate sentence at the bottom of the Statutory provisions.

Dated: March 13, 2015

Respectfully submitted,

By:_____/s/_____

James K. Champion (P59188)
Attorney for Defendant
312 E. Fulton
Grand Rapids, MI 49503
616-233-3287